JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CYNDI MALMEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS, INC., NDEX WEST, LLC, WELLS FARGO BANK, N.A., WACHOVIA MORTGAGE, DOES 1-20, inclusive.<br><br>Defendants. | CASE NO.: CV10-09009 AHM (JEMx)<br><br>[Assigned for all Purposes to the Honorable A. Howard Matz Courtroom 14]<br><br>**ORDER RE JOINT STIPULATION OF ALL PARTIES FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to stipulation, IT IS HEREBY ORDERED:

1. The above-entitled action is dismissed with prejudice as to all parties; and

2. Each party is to bear its own costs.

Dated: October 11, 2011  _____
**JS-6**            THE HONORABLE A. HOWARD MATZ
             UNITED STATES DISTRICT COURT JUDGE

95451/000444/00244595-1

Case No. CV10-9009 AHM (JEMx)
CERTIFICATE OF SERVICE